UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID WHITEASH,<br>　　　　Plaintiff<br><br>　v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 4:20-CV-1523<br><br>(ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1)　The final decision of the Commissioner denying David Whiteash's application for benefits is VACATED;

(2)　This case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further development of the record and to issue a new decision.

(3)　Final Judgment will be issued pursuant to Fed. R. Civ. P. 58 in favor of David Whiteash by separate order; and

(4)　The Clerk of Court is DIRECTED to close this case.

Date: March 11, 2022　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge